IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:12CR13-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BETTY ANN COOK, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Real Property from Preliminary Order of Forfeiture.

The Government represents that there is insufficient equity in the subject real property to warrant completing forfeiture.

For good cause shown, **IT IS THEREFORE ORDERED THAT** the following property is hereby dismissed from the Preliminary Order of Forfeiture:

**Three tracts of real property at Bailey Road, Ennice, North Carolina 28623, more particularly described in Alleghany County, North Carolina Register of Deeds Book 214 Page 170, titled in the name of Betty Shaw Cook.**

Signed: July 3, 2012

Richard L. Voorhees
United States District Judge